# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

**SEALED**

ORDERED UNSEALED on 11/28/2025   s/ judepeters

FILED
DEC 0 3 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES OF AMERICA

v.

Eric Irwin (1)

**WARRANT FOR ARREST**

Case Number: 25-cr-3189-RSH-1

**NOT FOR PUBLIC VIEW**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Eric Irwin (1)
                                       Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense):

21:841(a)(1), (b)(1)(A), 846 - Conspiracy to Distribute Controlled Substances
21:841(a)(1), (b)(1)(B), 846 - Distribution of Controlled Substances
21:841(a)(1), (b)(1)(B) - Distribution of Controlled Substances
21:841(a)(1), (b)(2), 846 - Conspiracy to Distribute Controlled Substances
21:853 - Criminal Forfeiture

DATE: 12/1/2025
ARRESTED BY: USMS

STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: [signature]

In violation of Title __See Above__ United States Code, Section(s)

John Morrill
Name of Issuing Officer

Clerk of the Court
Title of Issuing Officer

s/ A. Cortez [signature]
Signature of Deputy

8/14/2025, San Diego, CA
Date and Location

Bail fixed at $ _____   by   The Honorable Valerie E. Torres
                               Name of Judicial Officer

RECEIVED
2025 AUG 14 AM 8:55
U.S. MARSHALS-S/CA

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

anh