# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 25-cr-03189-RSH |
|---|---|
| vs | **ABSTRACT OF ORDER** |
| Eric Irwin(1) | Booking No.27054512 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __12/5/2025__

the Court entered the following order:

| | |
|---|---|
| __X__ | Defendant be released from custody. |
| _____ | Defendant placed on supervised / unsupervised probation / supervised release. |
| _____ | Defendant continued on supervised / unsupervised probation / supervised release. |
| __X__ | Defendant released on __$10,000 P/S__ Bond posted. |
| _____ | Defendant appeared in Court. FINGERPRINT & RELEASE. |
| _____ | Defendant remanded and ( _____ bond ) ( _____ bond on appeal ) exonerated. |
| _____ | Defendant sentenced to TIME SERVED, supervised release for _____ years. |
| _____ | Bench Warrant Recalled. |
| _____ | Defendant forfeited collateral. |
| _____ | Case dismissed. |
| _____ | Case dismissed, charges pending in case no. |
| _____ | Defendant to be release to Pretrial Services for electronic monitoring. |
| _____ | Other. |

ALLISON H. GODDARD

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

JOHN MORRILL, Clerk of Court

by   T. Lee   x. 7749

Crim-9 (Rev. 09/23)
Original

**Trina Lee**

**From:**
**To:** Trina Lee
**Sent:** Friday, 5 December, 2025 4:02 PM
**Subject:** Read: Abstract   Eric Irwin(1) 25cr3189

Your message

To: CAS Releases
Subject: [EXTERNAL] Abstract   Eric Irwin(1) 25cr3189
Sent: Friday, December 5, 2025 3:59:32 PM (UTC-08:00) Pacific Time (US & Canada)

was read on Friday, December 5, 2025 4:01:38 PM (UTC-08:00) Pacific Time (US & Canada).