1 | **ELLIS M. JOHNSTON III**
2 | California State Bar No. 223664
  | **CLARKE JOHNSTON THORP & RICE PC**
3 | 302 Washington Street, Suite 626
  | San Diego, CA 92103
4 | Tel: (619) 756-7632
  | Fax: (619) 684-3569
5 | E-Mail: trip@cjtrlaw.com

Attorney for Mr. Irwin

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

## (HONORABLE ROBERT S. HUIE)

| UNITED STATES OF AMERICA, | ) Case No.: 25CR3189-RSH |
|---|---|
| Plaintiff, | ) |
| vs. | ) JOINT MOTION FOR CONTINUANCE OF MOTION HEARING |
| ERIC IRWIN, | ) |
| Defendant. | ) |

The parties in this case request a continuance of the motion hearing date currently set for December 19, 2025, at 1:30 pm, to January 16, 2026, at 1:30 pm. The government is in the process of providing initial discovery to Mr. Irwin, putting out the initial batch today. Mr. Irwin needs additional time to review these materials and consider motions to effectively prepare for the hearing and trial. The parties agree that time is excludable under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A), and serves the ends of justice.

Respectfully Submitted,

DATED: December 18, 2025

*s/ Ellis M. Johnston III*
**ELLIS M. JOHNSTON III**
Attorney for Mr. Venegas

ADAM GORDON
United States Attorney
*s/ Robert J. Miller*
**ROBERT J. MILLER**
Assistant U.S. Attorney
Attorneys for Plaintiff